In the Matter of GORMAN'S RESTAURANT, INC., Appellant, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority et al., Respondents.

Argued June 2, 1949; decided July 19, 1949.

*Louis J. Lefkowitz, Abraham J. Gellinoff* and *Arnold H. Fassler* for appellant.

*Alvin McKinley Sylvester* and *Jack Reinstein* for State Liquor Authority, respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.